# Court of Appeals
# of the State of Georgia

ATLANTA,  February 08, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1030.  DUSTIN TATE v. THE STATE.**

In 2002, Dustin Tate pled guilty to murder and other crimes.  In 2016, he filed a motion to vacate a void sentence, which the trial court denied.  Tate now appeals to this Court.  We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Tate's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/08/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*